KRISTEN SMITH, Now Known as KRISTEN BURGEOIS, Appellant, v TRAVELERS CASUALTY AND SURETY COMPANY, Respondent, et al., Defendant. (Appeal No. 1.) [53 NYS3d 851]—Appeal from an order of the Supreme Court, Oneida County (Erin P. Gall, J.), entered March 15, 2016. The order granted the motion of defendant Travelers Casualty and Surety Company for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.